UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROLEE BRADY HARTMAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 77-2019 (APM) |
| ) | |
| ANTONY BLINKEN, et al., ) | |
| ) | |
| Defendants. ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's March 19, 2021, Minute Order, the parties jointly report that they have made substantial progress in their discussions to potentially resolve certain fees issues in this case. The parties jointly request additional time for their discussions to continue and for the parties to seek requisite approvals for any tentative settlement that may be reached. If the parties are successful in addressing these issues, the issues should not require resolution by this Court, and the issues warranting the Court's decision may be simplified. The parties expect that their discussions and any related approval processes will take some further time, and they accordingly propose that they be directed to submit a joint status report to the Court by June 30, 2021. The parties will inform the Court if they reach an approved agreement.

Dated: April 30, 2021
Washington, D.C.

Respectfully submitted,

_____/s/_____
Roger E. Warin, D.C. Bar #90241
Lindsey B. Lang, D.C. Bar #367002
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, DC 20036-1795
(202) 429-3000

*Attorneys for Plaintiffs*


CHANNING D. PHILLIPS
D.C. Bar No. 415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: _____/s/_____
PETER C. PFAFFENROTH
D.C. BAR #496637
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2513
peter.pfaffenroth@usdoj.gov

*Attorneys for Defendants*