UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CAROLEE BRADY HARTMAN, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ANTONY BLINKEN, et al., ) <br> ) <br> Defendants. ) | Civil Action No. 77-2019 (APM) |

**<u>JOINT STIPULATION</u>**

On November 3, 2020, the Court sent plaintiffs back to the drawing board to present a revised fee petition that (1) adjusted the USAO *Laffey* Matrix rates used to calculate interim fee awards for over 20 years, and that included an amount to compensate for the delay in receiving the shortfall caused by use of those rates; and (2) to arrive at the difference between the interest thus far received on interim fee awards computed at the 1-year Treasury bill rate and the prime rate.  The parties have conferred and reached agreement concerning these issues.  Accordingly, the parties hereby stipulate that, subject to and following the approval of this Joint Stipulation by the Court pursuant to Fed. R. Civ. P. 23(e), defendants shall pay to the Steptoe & Johnson LLP trust account[1] a total of $9,033,600.

This stipulation is without prejudice to either party's position with respect to enhancement of the lodestar for superior attorney performance and exceptional results.

IN WITNESS WHEREOF, the parties hereto, intending to be legally bound, have stipulated and agreed to the foregoing as of the 30th day of September, 2021.

---

[1]    Payment instructions have been provided to counsel for defendants.

Dated: September 30, 2021
Washington, D.C.

Respectfully submitted,

_____
Roger E. Warin, D.C. Bar #90241
Lindsey B. Lang, D.C. Bar #367002
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, DC 20036-1795
(202) 429-3000

*Attorneys for Plaintiffs*


CHANNING D. PHILLIPS
D.C. Bar No. 415793
Acting United States Attorney

DORIS COLES-HUFF
Deputy Chief, Civil Division

By: _____
PETER C. PFAFFENROTH
D.C. Bar No. 496637
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2513
peter.pfaffenroth@usdoj.gov

*Attorneys for Defendants*


APPROVED AND SO ORDERED ON _____, 2021.


_____
United States District Judge

- 2 -