IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CAROLEE BRADY HARTMAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 77-2019 (APM) |
| | ) | |
| ANTONY BLINKEN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ERRATA**

Plaintiffs encountered significant technical difficulties on May 5, 2022 that resulted in errors in Plaintiffs' Memorandum In Support of a Lodestar Enhancement, (ECF No. 1118). None of the errors pertained to any aspect of the substance of the Memorandum, but did improperly cite some materials.  Plaintiffs submit this Errata to substitute the attached Corrected Memorandum In Support of Plaintiffs' Motion for a Lodestar Enhancement, Exhibit 2 (Corrected Declaration of Susan L. Brackshaw) and Exhibit 4 (Corrected Declaration of Stephen Z. Chertkof).

In addition, although the Final Reports of the Special Master on the claims of the individuals who had *Teamsters* hearings are part of the docket in this case, they may not be easily accessible for the Court, and plaintiffs are attaching PDF versions of each Report cited.

Respectfully submitted,

/s/ Roger E. Warin
Roger E. Warin
rwarin@steptoe.com
Lindsey Bishop Lang
llang@steptoe.com
STEPTOE & JOHNSON, LLP
1330 Connecticut Ave, NW
Washington, DC 20036
Tel.:  (202) 429-3000
Fax:  (202) 429-3902

Dated:  May 8, 2022