IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROLEE BRADY HARTMAN, et al., ) | |
| ) | |
| Plaintiffs, ) | C.A. No. 77-cv-2019 (APM) |
| ) | |
| v. ) | |
| ) | |
| ANTONY BLINKEN, et al., ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1291 and Rules 3 and 4(a)(1)(B) of the Federal Rules of Appellate Procedure, notice is hereby given this 25 day of May, 2023 that all plaintiffs hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Memorandum Opinion and Order of this Court entered on March 31, 2023 (ECF No. 1122), which denied Plaintiffs' Motion for a Lodestar Enhancement with respect to attorneys' fees.

Respectfully submitted,

/s/ Roger E. Warin
Roger E. Warin
rwarin@steptoe.com
/s/ Lindsey Bishop Lang
Lindsey Bishop Lang
llang@steptoe.com
STEPTOE & JOHNSON, LLP
1330 Connecticut Ave, NW
Washington, DC 20036
Tel.: (202) 429-3000
Fax: (202) 429-3902

Dated: May 25, 2023